### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JESSIE JAMES WHITAKER**  **PLAINTIFF**
**ADC #087120**

**v.**  **Case No. 4:19-cv-00628-KGB**

**SAMUEL B. POPE, Circuit Judge,**  **DEFENDANTS**
*et al.*

## ORDER

Plaintiff Jessie James Whitaker filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his federally protected rights (Dkt. No. 2).

On January 19, 2021, the Court granted Mr. Whitaker's motion to proceed *in forma pauperis* and directed him to file an amended complaint within 30 days, or by Thursday, February 18, 2021 (Dkt. No. 4). The Court advised Mr. Whitaker that his failure to comply with the Court's Order could result in the dismissal of his lawsuit without prejudice (*Id.*, at 10-11). A copy of the January 19, 2021, Order was mailed to Mr. Whitaker.

Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas provides, in part: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." More than 30 days have passed since Mr. Whitaker was directed file an amended complaint. Mr. Whitaker, however, has not filed an amended complaint or otherwise responded to the Court's January 19, 2021, Order.

Accordingly, the Court dismisses without prejudice this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 29th day of August, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge