# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JESSIE JAMES WHITAKER**  **PLAINTIFF**
**ADC #087120**

v.  Case No. 4:19-cv-00628-KGB

**SAMUEL B. POPE, Circuit Judge,**  **DEFENDANTS**
*et al.*

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jessie James Whitaker's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　United States District Judge